# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SHARON ADAM**<br>(Defendant's Name) | **AMENDED JUDGMENT IN A**<br>**CRIMINAL CASE (Clerical Error)**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:14CR00081-001 LJO** |

Erin Snider *(Assistant Federal Defender)*
Defendant's Attorney

## THE DEFENDANT:

[✔]     admitted guilt to violation of charges 1, 2, 3 and 4  as alleged in the violation petition filed on 07/05/2016 .

[ ]     was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 8/3/15 |
| Charge 2 | FAILURE TO PARTICIPATE IN DRUG TESTING AS DIRECTED | 11/4/15, 1/27/16, and 2/12/16 |
| Charge 3 | FAILURE TO PARTICIPATE IN COUNSELING APPOINTMENT AS DIRECTED | 1/20/16, 1/27/16, and 2/3/16 |
| Charge 4 | FAILURE TO MAKE FINE/RESTITUTION PAYMENTS AS DIRECTED | |

The court: [ ] revokes:  [ ] modifies:  [✔] continues under same conditions of supervision heretofore ordered on 12/10/2012 .

The defendant is sentenced as provided in page 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]     Appeal rights given          [ ]     Appeal rights waived

[✔]     **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/28/2016
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

12/07/2016
Date