IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-CR-00081-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| SHARON ADAM | |
| Defendant. | |

The above named defendant having been sentenced to Time Served on March 5, 2018.

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, March 6, 2018 at 9:00am. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __March 5, 2018__         _____/s/ Lawrence J. O'Neill_____
                                 UNITED STATES CHIEF DISTRICT JUDGE